UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MICHAEL O'CALLAGHAN,**                                    ORDER

        **Plaintiff,**                                    3:12-cv-00201-BR

v.

**COMMISSIONER, Social
Security Administration,**

        **Defendant.**

    Plaintiff moves to proceed *in forma pauperis.* An examination of the Application indicates Plaintiff is unable to afford the costs of this action.

    IT IS, THEREFORE, ORDERED the provisional *in forma pauperis* status granted Plaintiff under Local Rule 3-5(b) is confirmed. This action may go forward without the payment of fees or costs.

    Pursuant to 28 U.S.C. § 1915(d), the United States Marshal's Office is directed to serve the Summons, Complaint, and any Local Rule 16-1(d) scheduling orders on the Defendant pursuant to Federal Rule of Civil Procedure 4(i) by (1) delivering a copy of the Summons and Complaint to the Oregon United States Attorney

1 -    ORDER

(or to an Assistant United States Attorney designated by the United States Attorney in a writing filed with the Clerk of Court) or sending it by registered or certified mail to the civil process clerk for the United States Attorney; AND (2) sending a copy by registered or certified mail to the Attorney General in Washington, D.C.; AND (3) sending a copy by registered or certified mail to the agency.

Plaintiff is responsible for (1) completing and submitting to the Clerk's Office an original Summons for issuance by the Clerk, (2) providing the Clerk's Office with the original and three copies of the issued Summons and three copies of the Complaint for service, and (3) completing and submitting instructions for service of process on a form USM285 to the Clerk's Office.  Summons forms and the USM285 may be obtained on request from the Clerk's Office.

The Clerk is directed to issue Summons in this case and to forward to the United States Marshal the papers received from the Plaintiff for service of process, including the completed USM285.

IT IS SO ORDERED.

DATED this 5th day of March, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 -    ORDER