# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL O'CALLAGHAN** Plaintiff, v. **CITY OF PORTLAND, GREGORY FRANK**, and **KURT NELSON,** Defendants. | Case No. 3:12-cv-0201-YY **ORDER DENYING EMERGENCY MOTION FOR INJUNCTIVE RELIEF** |

**Michael H. Simon, District Judge.**

Plaintiff dated and filed his Emergency Motion for Injunctive Relief on March 16, 2020. ECF 306. The Court, however, previously dismissed this lawsuit with prejudice (ECF 302) and entered judgment on January 17, 2020 (ECF 303). Plaintiff did not appeal. Because final judgment on the merits has been rendered, Plaintiff's Emergency Motion for Injunctive Relief is improper and, therefore, DENIED.

**IT IS SO ORDERED.**

DATED this 25th day of March, 2020.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge